# United States Court of Appeals
## For the First Circuit

No. 05-1659

HÉCTOR A. RIVERA-GARCÍA; DELMA QUIÑONES;
CONJUGAL PARTNERSHIP RIVERA-QUIÑONES,

Plaintiffs, Appellants,

v.

SISTEMA UNIVERSITARIO ANA G. MÉNDEZ;
COLEGIO UNIVERSITARIO DEL ESTE;
ALBERTO MALDONADO, in his official capacity as
Chancellor of the Colegio Universitario del Este,

Defendants, Appellees.

**ERRATA**

The opinion of this court, issued March 22, 2006, should be amended as follows:

page 2, line 1:  replace "PER CURIAM" with "LYNCH, Circuit Judge"